No. 273. FRANK HODOROWICZ *v.* UNITED STATES;
No. 274. DOWAIT *v.* SAME; and
No. 275. PETER HODOROWICZ *v.* SAME. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George*

*K. Bowden* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 105 F. 2d 218.

No. 276. MIKE HODOROWICZ *v.* UNITED STATES; and

No. 277. DOWAIT *v.* SAME. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George K. Bowden* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 105 F. 2d 220.